4

SENTENCE REVIEW DIVISION

Mark P. Sullivan, Chairman, John S. Henson, Thomas A. Olson

From: The District Court of the Thirteenth Judicial District, County of Yellowstone. STATE OF MONTANA, Plaintiff vs. JAMES STILES, Defendant.

DECISION

No. DC-83-337, DC-83-338, DC-84-116

The application of the above-named defendant for a review of the sentence of 15 years with 5 years suspended for Sexual Intercourse Without Consent; 10 years for the Theft and Bad Checks; the sentences to be served concurrently imposed on May 25, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: all three sentences shall remain the same as originally imposed.

The Sentence Review Board agrees unanimously that the sentences imposed were proper and just.

We wish to thank Marshal Mickelson of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 26th day of December, 1984.

SENTENCE REVIEW DIVISION

Mark P. Sullivan, Chairman, John S. Henson, Thomas A. Olson

From: The District Court of the First Judicial District, County of Lewis and Clark. STATE OF MONTANA, Plaintiff vs. VERNON JOHN RITCHSON, Defendant.

DECISION

No. 4785

The application of the above-named defendant for a review of the sentence of 5 years; consecutive to #958 from Jefferson County imposed on May 30, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Sentence Review Board agrees unanimously that the sentences imposed were proper and just.

We wish to thank Dirk Williams of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 26th day of December, 1984.

## SENTENCE REVIEW DIVISION

Mark P. Sullivan, Chairman, John S. Henson, Thomas A. Olson

From: The District Court of the Fifth Judicial District, County of Jefferson. STATE OF MONTANA, Plaintiff vs. VERNON JOHN RITCHSON, Defendant.

## DECISION

No. 958

The application of the above-named defendant for a review of the sentence of 10 years on each of three counts; to be served consecutively imposed on May 21, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Sentence Review Board agrees unanimously that the sentences imposed were proper and just.

We wish to thank Dirk Williams of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 26th day of December, 1984.

## SENTENCE REVIEW DIVISION

Mark P. Sullivan, Chairman, Thomas A. Olson, Frank M. Davis

From: The District Court of the Fourth Judicial District, County of Missoula. STATE OF MONTANA, Plaintiff vs. KEVIN MICHAEL MORAN, Defendant.

## DECISION

No. 6219

The application of the above-named defendant for a review of the sentence of 10 years on each of two counts with 5 years suspended on each count. The two sentences shall be served concurrently imposed on October 29, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 10 years on each of two counts with 7 years suspended on each count. The two sentences shall be served concurrently and the Defendant shall be under the supervision of the Adult Parole and Probation Office during the suspended portion of the sentence.

The sentence was amended in view of the undue time it took to revoke the deferred sentence; the fact that the Defendant spent 10 month in the county jail; and the violation charges and not reporting in for 6 to 8 weeks was not that serious.

HON. THOMAS OLSON dissents.

We wish to thank Barbara Conrad, Attorney from Missoula, for her assistance to